# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-30060   Debtor(s) Name: WYN SLATTERY   Date Prepared: 10-12-2010

Receipts and Disbursement for Month Ended 9-30-2010 [A]

**Gross Receipts:**                                                                 Amount for Month

[B] 1  Gross Sales ............................................................... $ 0
[C] 2  Less Cost of Goods Sold ................................................ $ 0
    3  Gross Profit from Sales (subtract line 2 from line 1) ................. $ 0
    4  Add Other Income ........................................................ $ 0
    5  **Gross Income** (add lines 3 and 4) ................................ (A) $ 0

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)

[D]  6  Business Real Property Rent/Lease .................................... $ 0
[E]  7  Business Real Property Utilities ..................................... $ 0
[F]  8  Salaries/Wages (not included on line 2 above; exclude owner's draw) .. $ 0
[G]  9  Employee Benefits .................................................... $ 0
[H] 10  Payroll Tax Deposits ................................................. $ 0
    11  Sales Tax Deposits ................................................... $ 0
[I] 12  Other Tax Deposits ................................................... $ 0
[J] 13  Auto Expense ......................................................... $ 0
    14  Repairs/Maintenance .................................................. $ 40.00
[K] 15  Insurance on Business (Fire, Theft, Liability, etc.) ................. $ 0
    16  Workman's Compensation Insurance ..................................... $ 0
    17  Supplies (not included on line 2 above) .............................. $ 117.00
    18  Telephone/Internet ................................................... $ 227.00
    19  Advertising/Promotion ................................................ $ 45.00
[L] 20  Travel/Entertainment ................................................. $ 0
[M] 21  Professional Fees Paid (Attorney, Accountant, etc.) .................. $ 0
    22  Other Costs/Expense .................................................. $ 65.00
    23  Total Business Costs and Expenses for Month ...................... (B) $ 494.00

    24  Net Income (Loss) for Month (A minus B) ............................. $ (-494.00)

[N] Total Funds On Hand/In Bank At End Of Month ............................. $ 0

[O] Total Inventory On Hand At End Of Month ................................. $ 0

[P] Total Accounts Receivable (Collectible) At End Of Month ................. $ 0

[Q] Total Accounts Payable At End Of Month .................................. $ 0

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: /s/ Wyn Slattery                        Date: 10-12-2010

                                                    Date:

Form B-6 (12/2000)                                         Instruction on Reverse Side

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-30060  Debtor(s) Name: WALTER LEE SLATTERY  Date Prepared: 10-12-2010

Receipts and Disbursement for Month Ended 9-30-2010 [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] | 1 Gross Sales | $ 960.00 |
| [C] | 2 Less Cost of Goods Sold | $ 0 |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 960.00 |
| | 4 Add Other Income | $ 0 |
| | 5 **Gross Income** (add lines 3 and 4) (A) | $ 960.00 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] | 6 Business Real Property Rent/Lease | $ 0 |
| [E] | 7 Business Real Property Utilities | $ 0 |
| [F] | 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 0 |
| [G] | 9 Employee Benefits | $ 0 |
| [H] | 10 Payroll Tax Deposits | $ 0 |
| | 11 Sales Tax Deposits | $ 0 |
| [I] | 12 Other Tax Deposits | $ 0 |
| [J] | 13 Auto Expense | $ 85.00 |
| | 14 Repairs/Maintenance | $ 0 |
| [K] | 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 0 |
| | 16 Workman's Compensation Insurance | $ 0 |
| | 17 Supplies (not included on line 2 above) | $ 0 |
| | 18 Telephone/Internet | $ 19.00 |
| | 19 Advertising/Promotion | $ 0 |
| [L] | 20 Travel/Entertainment | $ 0 |
| [M] | 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 0 |
| | 22 Other Costs/Expense | $ 0 |
| | 23 **Total Business Costs and Expenses for Month** (B) | $ 104.00 |
| | 24 **Net Income (Loss) for Month** (A minus B) | $ 756.00 |
| [N] | Total Funds On Hand/In Bank At End Of Month | $ 0 |
| [O] | Total Inventory On Hand At End Of Month | $ 0 |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ 0 |
| [Q] | Total Accounts Payable At End Of Month | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: *Walter L Slattery*   Date: 10-12-2010

Date:

Form B-6 (12/2008)                                    Instruction on Reverse Side

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-30060  Debtor(s) Name: WALTER LEE SLATTERY / JOLYN SLATTERY  Date Prepared: 10-12-2010

Receipts and Disbursement for Month Ended 9-30-2010  [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 0 |
| [C] 2 | Less Cost of Goods Sold | $ 0 |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ 0 |
| 4 | Add Other Income | $ 0 |
| 5 | **Gross Income** (add lines 3 and 4) (A) | $ 0 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 | Business Real Property Rent/Lease | $ 0 |
| [E] 7 | Business Real Property Utilities | $ 0 |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 0 |
| [G] 9 | Employee Benefits | $ 0 |
| [H] 10 | Payroll Tax Deposits | $ 0 |
| 11 | Sales Tax Deposits | $ 0 |
| [I] 12 | Other Tax Deposits | $ 0 |
| [J] 13 | Auto Expense | $ 0 |
| 14 | Repairs/Maintenance | $ 0 |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ 0 |
| 16 | Workman's Compensation Insurance | $ 0 |
| 17 | Supplies (not included on line 2 above) | $ 0 |
| 18 | Telephone/Internet | $ 0 |
| 19 | Advertising/Promotion | $ 0 |
| [L] 20 | Travel/Entertainment | $ 0 |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ 0 |
| 22 | Other Costs/Expense | $ 88.00 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 88.00 |
| 24 | Net Income (Loss) for Month (A minus B) | $ (-88.00) |
| [N] | Total Funds On Hand/In Bank At End Of Month | $ 0 |
| [O] | Total Inventory On Hand At End Of Month | $ 0 |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ 0 |
| [Q] | Total Accounts Payable At End Of Month | $ 0 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: *[signed]* Walter L Slattery  Date: 10-12-2010
*[signed]* Jolyn Slattery  Date: 10-12-2010

Form B-6 (12/2000)  Instruction on Reverse Side