**Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WALTER LEE SLATTERY and<br>JOLYN SLATTERY,<br><br>    Debtors.<br><br>THE BANK OF NEW YORK MELLON,<br><br>    Movant,<br><br>Vs.<br><br>WALTER LEE SLATTERY and<br>JOLYN SLATTERY, Debtors,<br><br>    Respondents. | In Proceedings Under<br><br>Chapter 13<br><br>Case No.: 2:09-bk-30060-GBN<br><br>**DEBTORS' RESPONSE TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Re: Real Property Located at<br>6817 W. Marco Polo Road<br>Glendale, Arizona 85308 |

    Debtors, WALTER LEE SLATTERY and JOLYN SLATTERY, by and through undersigned counsel, hereby respond to The Bank of New York Mellon's (hereby referred to as Movant) Motion for relief from the automatic stay imposed on Debtors' real property located at 6817 W. Marco Polo Road, Glendale, Arizona 85308. Debtors offer the following factors in response to this Motion.

    Debtors wish to surrender the real property described above to Movant. Debtors are beginning correspondence with Movant in order to arrange a surrender of the property.

RESPECTFULLY SUBMITTED this 18th day of October 2010.

**The Law Offices of Nasser U. Abujbarah**

<u>/s/ Nasser U. Abujbarah</u>

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Phoenix, Arizona 85257

E-Filed this 18th day of October 2010 with:

The US Bankruptcy Court

COPY of the foregoing Mailed this 18th day of October 2010 to:

The Office of the US Trustee
230 N. 1st Ave., #204
Phoenix, Arizona 85003

Russell Brown
Suite 800
3838 N. Central Ave.
Phoenix, Arizona

Jeremy T. Bergstrom
2200 Paseo Verde Pkwy, Ste 250
Henderson, NV 89052

By <u>Nasser U. Abujbarah</u>